**STATE of Missouri, Respondent,**

v.

**Bobby J. WALKER, Appellant.**

**No. WD 38584.**

Missouri Court of Appeals,
Western District.

June 30, 1987.

Lee M. Nation, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from the jury trial conviction of burglary in the first degree, § 569.160, RSMo.1978, assault in the first degree, § 565.050, RSMo.Supp.1984, and armed criminal action, § 571.015, RSMo.1978, and concurrent sentences of five, seven, and three years.

Judgment affirmed. Rule 30.25(b).

**Wilber R. DeFOE, Appellant,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Respondent.**

**No. WD 38782.**

Missouri Court of Appeals,
Western District.

June 30, 1987.

Steven A. Fritz, Sedalia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, James A. Chenault, III, Sp. Asst. Atty. Gen., for respondent.

Before LOWENSTEIN, P.J., and PRITCHARD and TURNAGE, JJ.

### ORDER

PER CURIAM.

Appeal from judgment sustaining administrative suspension and revocation of appellant's driver's license pursuant to §§ 302.500 through 302.540 RSMo 1986.

Affirmed. Rule 84.16(b).